## (May 31, 1944.)

ANITA BARTLESS, as Administratrix of the Estate of LUCIAN BARTLESS, Deceased, Respondent, v. PINO-LYTOL CHEMICAL CO., INC., Defendant, and EMILIE N. BURRILL et al., Defendants-Appellants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 966.] Present— Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

JOHN E. BLEIBTREY, as Trustee in Bankruptcy of JAMES MADISON BUILDERS, INC., Respondent, v. ANGELO PALLIATO, Appellant, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Appellant's time to answer is extended until ten days after the entry of the order hereon. [See *ante,* p. 991.] Present— Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

SIDNEY BREITMAN, an Infant, by SOPHIE BREITMAN, His Guardian ad Litem, et al., Respondents, v. THOMAS R. FISHER, JR., et al., Individually and as Copartners under the Name and Style of SCARSDALE BUS COMPANY, et al., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 966.] Present— Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

JANE G. CRIDLAND, Respondent, v. CITY OF BEACON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 962.] Present— Close, P. J., Johnston, Adel and Lewis, JJ.; Aldrich, J., not voting.

MOLLY DETZKER et al., Appellants, v. CITY OF NEW YORK, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 912.] Present— Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

JULES FRANK, Respondent, v. MAURICE DESPRES et al., Doing Business under the Name of DESPRES-DORFMAN COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 966.] Present— Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

In the Matter of CARL R. WITTEKIND, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Respondent admitted that he had solicited negligence cases. He co-operated in every way in this proceeding. No claim is made of any other unprofessional conduct. The learned Official Referee recommended a suspension of three months. This court is unable to agree with that recommendation and decides that the offense requires a suspension from the practice of the law for a period of six months. Respondent is suspended from the practice of the law for a period of six months, beginning July 1, 1944. Present— Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

MINERVA STERNBERG, Appellant, v. BUSH TERMINAL BUILDINGS COMPANY, Respondent.— Motion for leave to appeal to Appellate Division denied, with ten dollars costs. Present— Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

295 CLASSON AVE. CO., INC., Appellant, v. CITY OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 961.] Present— Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.